UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11989-RWZ

AL HAMRA TRADING EST.

v.

FIRST CHOICE ARMOR AND EQUIPMENT, INC.

JUDGMENT
January 6, 2011

ZOBEL, D.J.

AND NOW, this 6ᵗʰ day of January 2011, consistent with the court's Order of November 4, 2010, granting plaintiff's unopposed Motion for Partial Summary Judgment (Docket # 34), following a hearing conducted on November 16, 2010, and having considered plaintiff's Motion for Voluntary Dismissal of Claims and for Entry of Final Judgment and related briefs from the parties, the court orders and adjudges as follows:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff's Motion for Voluntary Dismissal of Claims is GRANTED. Accordingly, it is hereby ORDERED that Count II of plaintiff's complaint, the unjust enrichment claim, be dismissed with prejudice. It is further hereby ORDERED that Count III, plaintiff's fraud claim, and Count IV, plaintiff's claim for violation of Mass. Gen. Laws Ch. 93A, both be dismissed without prejudice.

The court's Order of November 4, 2010, granted summary judgment in plaintiff's

favor on the only other two claims in this action, Count I of plaintiff's complaint for breach of contract, and Count I of defendant's counterclaim for declaratory judgment. Accordingly, consistent with the damage calculation set forth in paragraph 13 of the unopposed motion granted by the court on November 4, 2010 (Docket # 34), and reiterated in plaintiff's instant Motion for Entry of Final Judgment, it is hereby ORDERED that final judgment is entered in favor of plaintiff Al Hamra Trading Est., and against defendant First Choice Armor and Equipment, Inc., in the principal amount of $924,500, plus twelve percent interest on that amount calculated from January 12, 2009.  The total judgment amount is $1,144,900, as calculated through and including January 7, 2011.


    January 6, 2011                                  /s/Rya W. Zobel    
           DATE                                     RYA W. ZOBEL
                                      UNITED STATES DISTRICT JUDGE